IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| KATHREN LOUISE JOHNSON<br>Plaintiff, | §<br>§<br>§ | |
| vs. | § | Civil Action No.: 1:18-cv-01194-MGL |
| | § | |
| ANDREW M. SAUL,<br>Acting Commissioner of Social Security,<br>Defendant. | §<br>§<br>§<br>§ | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT
AS MODIFIED BY THE PARTIES' STIPULATION**

This is a Social Security appeal. Pending before the Court is Plaintiff Kathren Louise Johnson's (Johnson) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $5,299.95. Subsequent to Johnson filing this motion, the parties stipulated Johnson would instead receive $5,000 in attorney fees.

Having carefully considered the motion, the stipulation, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED AS MODIFIED** by the parties' stipulation.

**IT IS SO ORDERED**.

Signed this 24th day of September, 2019, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE